**John T. PICKERING–GEORGE, Appellant**

v.

**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, et al., Appellees.**

No. 10–5243.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 8, 2010.

Rehearing En Banc Denied Jan. 26, 2011.

John T. Pickering–George, Bronx, NY, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge; and ROGERS and KAVANAUGH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed May 17, 2010, and June 9, 2010, be affirmed. The district court correctly determined appellant failed to state a claim under the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(B), or for mandamus relief, *see Gulfstream Aerospace Corp. v. Mayaca-mas Corp.,* 485 U.S. 271, 289, 108 S.Ct. 1133, 99 L.Ed.2d 296 (1988). Moreover, the district court did not abuse its discretion in denying as futile appellant's motion to amend the complaint. *See Foman v. Davis,* 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.